UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 20-5400-JFW(KESx)**                                    Date: January 4, 2021

Title:    Jose Estrada -v- Kodimer Investments, LLC, et al.

---

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                              None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

In the Court's Scheduling and Case Management Order ("CMO"), filed August 12, 2020 (Docket No. 26), the Court set December 14, 2020 as the last day to conduct a Settlement Conference, and December 18, 2020 as the last day to file a Joint Report Re: Results of Settlement Conference. Plaintiff has violated the Court's CMO by failing to complete the Settlement Conference by the Court-ordered deadline of December 14, 2020, and by failing to file the Joint Report Re: Results of Settlement Conference by the Court-ordered deadline of December 18, 2020.

As a result of Plaintiff's violation of the Court's Order, this action is **DISMISSED without prejudice**. *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.

Initials of Deputy Clerk  sr

rev 1/18/18